THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAY OTTO HUTSON, Appellant.— MEMORANDUM BY THE COURT.

572

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.